AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Blue Cross Blue Shield of Kansas, Inc. )<br>)<br>)<br>)<br>Plaintiff )<br>v. )<br>Pfizer, Inc., Pharmacia Corporatoin, and G.D. )<br>Searle LLC, )<br>)<br>)<br>Defendant ) | Civil Action No. 08 3344 CRB |

**Summons in a Civil Action**

To: Pfizer, Inc.

*(Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas P. Cartmell
Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64114

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 0 2008

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◆ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                                 Server's signature

                                                                 Printed name and title

                                                                 Server's address

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

E-filing

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

Blue Cross Blue Shield of Kansas, Inc. )
)
)
)
) CV 08    3344
) CRB
Plaintiff )
v. ) Civil Action No.
Pfizer, Inc., Pharmacia Corporatoin, and G.D. )
Searle LLC, )
)
)
Defendant )

**Summons in a Civil Action**

To: Pharmacia Corporation

*(Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas P. Cartmell
Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64114

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court
ANNA SPRINKLES

Date: _____ JUL 1 0 2008 _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                      Server's signature

                                                      Printed name and title

                                                      Server's address

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Blue Cross Blue Shield of Kansas, Inc. ) | |
| ) | CV 08  3344 |
| ) | |
| Plaintiff ) | CRB |
| v. ) | Civil Action No. |
| Pfizer, Inc., Pharmacia Corporatoin, and G.D. ) | |
| Searle LLC, ) | |
| ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: G.D. Searle LLC

*(Defendant's name)*

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Thomas P. Cartmell
Thomas J. Preuss
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64114

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 0 2008

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                                                      _____
                                                      Server's signature

                                                      _____
                                                      Printed name and title

                                                      _____
                                                      Server's address